IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2005 NOV 16 PM 3: 07
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

**ALBERTA DUKES,**
      Plaintiff,

-vs-

Case No. A-04-CA-743-SS

**ANTHONY PRINCIPI, Secretary of Department of Veterans Affairs,**
      Defendant.

## ORDER

BE IT REMEMBERED on the 16th day of November 2005 at 9:00 a.m., the above-captioned case was called, and the plaintiff Alberta Dukes failed to appear, although duly notified, and the defendant appeared by and through counsel, and thereafter, the Court enters the following:

IT IS ORDERED that Alberta Dukes has failed to comply with the orders of this Court to attend a status conference on this date pursuant to this Court's order of October 31, 2005. Any further failure of Alberta Dukes to attend court after notice will result in the dismissal of her lawsuit with prejudice to the rights to refile.

SIGNED this the 16th day of November 2005.

/s/ Sam Sparks
UNITED STATES DISTRICT JUDGE