To: R. James Nicholson, Secretary, Department of Veterans Affairs
From: Alberta Dukes
Date: Sept 06,2006

**RECEIVED**

**FILED**

SEP 1 1 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

SEP 1 1 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

**Motion to Review**

Alberta Dukes, Plaintiff                    Civil Action A-04-CA-743-SS

First of all, I want to express that I did send a letter opposing this cost. I contested this charge based on the fact that the agency called me in to give a fourth deposition in this case and I was unaware that I would be charged for a deposition that I did not know I was ordered to give. I showed up and there were two lawyers there with a reporter. No one advised me that I would have to pay for this. I am still having financial difficulties and unable to pay $939.07 at this time. I have medical expenses that are costing me extreme monthly amounts and my worker's compensation was denied which I am appealing. Today, I have nine prescriptions in my possession that I still have to fill and many doctor visits. Please allow me this consideration until I can figure it all out.

I also have a change of address and have just received this acknowledgement. I called the District Court on Sept 05 to confirm.

My new address is P.O.Box 18053, Austin, Texas 78744 Phone 512 669 6439
I am no longer at 1601 Montopolis Dr 517 Austin, Texas 78741

Alberta Dukes